■ BALINT SYENT-MIKLOSY, Doing Business as WORDS WORTH, Respondent, v J. A. BUTT, Appellant. [598 NYS2d 701] — Order, Appellate Term of the Supreme Court, First Department, entered on July 16, 1992, which affirmed an order of the Civil Court, New York County (Norman Ryp, J.), entered on or about November 8, 1991, unanimously reversed, on the law, without costs and without disbursements, for the reasons stated by dissenting Justice McCooe at Appellate Term and the complaint dismissed. No opinion. Concur—Carro, J. P., Rosenberger, Ellerin and Asch, JJ.

■ SHALOM KRONENGOLD, an Infant, by His Father and Natural Guardian, STEVEN KRONENGOLD, et al., Respondents, v RIVKA KRONENGOLD, Appellant, et al., Defendant. [598 NYS2d 698] —Order, Appellate Term, First Department, entered on May 21, 1992, reversing the order of Civil Court, New York County (Louis B. York, J.), entered May 29, 1991, unanimously reversed, without costs and without disbursements, for the reasons stated by McCooe, J., at Appellate Term. No opinion. Concur—Carro, J. P., Kupferman, Kassal and Rubin, JJ. [See, 153 Misc 2d 454.]

■ RUTH KROLL, Respondent, v JEROME KROLL et al., Appellants, et al., Defendants. [597 NYS2d 542] —Order and judgment (one paper), Supreme Court, New York County (Diane Lebedeff, J.), entered on April 3, 1992, unanimously affirmed for the reasons stated by Lebedeff, J., with costs and disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Asch, Kassal and Rubin, JJ.

■ HERBERT WETANSON, Appellant, v PAUL L. LABB et al., Respondents. [597 NYS2d 542] —Order, Supreme Court, New York County (Herman Cahn, J.), entered on April 9, 1992, unanimously affirmed for the reasons stated by Cahn, J., without costs and without disbursements. No opinion. Concur —Carro, J. P., Wallach, Asch and Rubin, JJ.